UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONTRELL R. ABDULLAH,

    Plaintiff,                                      Case No: 1:13-cv-1283

v                                                  HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

In accordance with the Opinion entered this same date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 26) are GRANTED IN PART and DENIED IN PART, as noted therein, and the Report and Recommendation of the Magistrate Judge (Dkt 24) is APPROVED IN PART and REJECTED IN PART, as noted therein.

**IT IS FURTHER ORDERED** that Plaintiff's "Stipulation and Order Awarding EAJA Fees" (Dkt 18) is GRANTED IN PART and DENIED IN PART; specifically, Plaintiff is awarded $3,610.00 in fees, plus costs.

Dated: June 5, 2015                                                        /s/ Janet T. Neff
                                                                                JANET T. NEFF
                                                                                United States District Judge